IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03059-AP

Jamie N. Ruth,

                Plaintiff,

v.

Michael Astrue, Commissioner of Social Security,

                Defendant.

## JOINT CASE MANAGEMENT PLAN

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

Patrick C.H. Spencer, II
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
719-632-4808
719-632-4807 (facsimile)
patrick@2spencers.com

For Defendant:
Special Assistant United States Attorney

Mailing Address:
1961 Stout Street, Suite 1001A
Denver, Colorado 80294

Street Address:
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. Date Complaint Was Filed: November 20, 2012.

    B. Date Complaint Was Served on U.S. Attorney's Office: November 30, 2012.

    C. Date Answer and Administrative Record Were Filed: January 19, 2013.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7. OTHER MATTERS**

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due: March 21, 2013

    B.    Defendant's Response Brief Due: April 22, 2013

    C.    Plaintiff's Reply Brief (If Any) Due: May 7, 2013

**9. STATEMENTS REGARDING ORAL ARGUMENT**

The parties do not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    Indicate below the parties' consent choice.

    A.    ☐ All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ☒ All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

Plaintiff does not consent to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED: February 26, 2013.

BY THE COURT:

*S/John L. Kane*_____

U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

_____

By: Patrick C.H. Spencer, II                              _____

830 Tenderfoot Hill Road, Suite 320        By: Special Assistant U.S. Attorney
Colorado Springs, CO 80906
Telephone: 719-632-4808                        Mailing Address:
                                                                    1961 Stout St., Suite 1001A
Attorney(s) for Plaintiff(s)                         Denver, Colorado  80294

Street Address:

United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)

Please affix counsel's signatures and any pro se party's signatures before submission of the proposed Joint Case Management Plan to the court.