IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03059-AP

Jamie N. Ruth

                Plaintiff,

v.
Michael Astrue
Commissioner of Social Security,

                Defendant.

## JOINT CASE MANAGEMENT PLAN

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

Patrick C.H. Spencer II
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
719-632-4808
719-632-4807 (facsimile)
patrick@2spencers.com

For Defendant:
Jessica Milano
Special Assistant United States Attorney

Mailing Address:
1961 Stout Street, Suite 1001A
Denver, Colorado 80294

Street Address:
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

(303) 454-0404 (facsimile)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint Was Filed: November 20, 2012.

B. Date Complaint Was Served on U.S. Attorney's Office: November 30, 2012.

C. Date Answer and Administrative Record Were Filed: January 19, 2013.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

## 8. BRIEFING SCHEDULE

      A.      Plaintiff's Opening Brief Due: March 21, 2013

      B.      Defendant's Response Brief Due: April 22, 2013

      C.      Plaintiff's Reply Brief (If Any) Due: May 7, 2013

**9. STATEMENTS REGARDING ORAL ARGUMENT**

      A.      Plaintiff's Statement: The Plaintiff does not request oral argument.

      B.      Defendant's Statement: The Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      Indicate below the parties' consent choice.

      A.    ☐ All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      B.    ☒ All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

      DATED: February 27, 2013.

                                BY THE COURT:

                                *s/John L. Kane* _____

                                U.S. DISTRICT COURT JUDGE

APPROVED:

                                              UNITED STATES ATTORNEY

s/ Patrick C.H. Spencer II            s/ Jessica Milano

By: Patrick C.H. Spencer, II          By: Special Assistant U.S. Attorney

830 Tenderfoot Hill Road, Suite 320     Mailing Address:
Colorado Springs, CO 80906            1961 Stout St., Suite 1001A
Telephone: 719-632-4808               Denver, Colorado  80294

Attorney(s) for Plaintiff(s)               Street Address:

                                              United States Attorney's Office
                                              1225 Seventeenth Street, Suite 700
                                              Denver, Colorado  80202
                                              Telephone:  (303) 454-0100

                                              Attorney for Defendant(s)